**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
RONALD RAHMAN,                    :
                                  :    Civil Action No. 10-0367 (JBS)
              Plaintiffs,         :
                                  :
              v.                  :    ORDER
                                  :
ERIC TAYLOR, et al.,              :
                                  :
              Defendants.         :
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this __27th__ day of _____May_____, 2010,

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Federal Medical Center Devens; and it is further

ORDERED that the claims against the New Jersey Commissioner of Health and the New Jersey Department of Health are DISMISSED WITH PREJUDICE; and it is further

ORDERED that the Complaint as to the remaining Defendants is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that Plaintiff may file a motion to re-open, which must be accompanied by a proposed amended complaint which

complies with the pleading requirements of the Federal Rules of Civil Procedure, within 30 days after entry of this Order; and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action.

**s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge